## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KEVIN TAYLOR, a/k/a Qadir, | : | |
| | : | Civ. No. 16-3194 (RBK) |
| Petitioner, | : | |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| | : | |

Petitioner has filed an amended *pro se* motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. This Court provided petitioner with the required *Miller* notice. Petitioner did not respond to the *Miller* notice such that this Court will proceed with his § 2255 motion "as-is."

In accordance with Rule 4(b) of the Rules Governing Section 2255 Proceedings, *see* 28 U.S.C. § 2255 Rule 4(b), the Court has screened the amended motion for dismissal and determined that dismissal without an answer and a reply is not warranted.

Accordingly, IT IS this   11<u>th</u> day of May, 2017,

ORDERED that within forty-five (45) days of the date of the entry of this Order, the United States shall electronically file and serve an answer to the amended § 2255 motion (Dkt. No. 5); and it is further

ORDERED that the answer shall respond to the allegations and grounds of the amended motion and shall adhere to Rule 5 of the Rules Governing Section 2255 Proceedings; and it is further

ORDERED that the answer shall address the merits of each claim raised in the amended motion as well as whether the amended motion is timely; and it is further

ORDERED that the answer shall contain an index of exhibits; and it is further

ORDERED that if the answer refers to briefs or transcripts, orders, and other documents from prior proceedings, then the United States shall serve and file them with the answer; and it is further

ORDERED that petitioner may serve and file a reply to the answer within forty-five (45) days after the answer is filed; and it is further

ORDERED that the Clerk shall serve this Order on petitioner by regular U.S. mail.

> s/Robert B. Kugler
> ROBERT B. KUGLER
> United States District Judge